IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE RICHARDSON PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:12-cv-650-MEF |
| | ) | (WO - Do Not Publish) |
| CHILTON COUNTY BOARD OF | ) | |
| EDUCATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Before the Court is Defendants' Motion to Dismiss as to the claims against Alan Thompson (Doc. #35).  On or about January 5, 2013, Defendant Alan Thompson passed away, and counsel for Defendants subsequently filed a Suggestion of Death (Doc. #31) in accordance with Rule 25 of the Federal Rules of Civil Procedure.  Plaintiff Ronnie Parker failed to file a motion for substitution within 90 days as required by Rule 25(a)(1), and the action against Defendant Alan Thompson accordingly must be dismissed.  Plaintiff does not oppose Defendants' Motion to Dismiss as to Alan Thompson (Doc. #36), but notes that claims still remain against Defendant Chilton County Board of Education.

Accordingly, it is hereby ORDERED that Defendants' Motion to Dismiss all claims against Defendant Alan Thompson and his successors, heirs, and assigns (Doc. #35) is GRANTED.

DONE this the 17th day of September, 2013.

_____/s/  Mark E. Fuller_____
UNITED STATES DISTRICT JUDGE